FILED

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0629

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0629

_____

BILLY BUDD SULLIVAN and HARRY
RICHARDS,

      Plaintiffs and Appellants,

  v.

ALICIA DORMAN and JASON FORTNEY,

      Defendants and Appellees.

_____

O R D E R

After Appellants Billy Budd Sullivan and Harry Richards requested that this Court proceed with this appeal on the submitted record and without transcripts, we set a briefing schedule in which we directed Appellants to file and serve the opening brief on or before April 10, 2023. Appellants have not filed the opening brief and it is now overdue.

IT IS THEREFORE ORDERED that Appellants shall prepare, file, and serve the opening brief on appeal no later than May 10, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 11 2023